UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA



| | |
|---|---|
| LEE DELL WOODS | |
| | CIVIL ACTION |
| VERSUS | |
| | NO. 05-934-C |
| LOUISIANA DEPARTMENT OF EDUCATION, AND LOUISIANA SCHOOL FOR THE VISUALLY IMPAIRED | |

## J U D G M E N T

For the written reasons assigned and filed herein:

IT IS ORDERED ADJUDGED AND DECREED that the Motion for Summary Judgment filed by defendants, Louisiana Department of Education and the Louisiana School for the Visually Impaired is hereby GRANTED,

All other pending motions in this action are hereby dismissed, as moot.

Baton Rouge, Louisiana, April 23, 2008.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA